

# MANDATE

## 𝕿𝖍𝖊 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

### NO. 14-14-00042-CV

Valerus Compression Services, LP, Valerus Compression Services Management LLC, TPG Capital LLC, TPG V VE, LP, TPG VI VE, LP, and Scott Magzen, Appellants

v.

James J. Woodcock, C&J Industries, Inc., Defined Benefit Trust, and Others Similarly Situated, Appellees

Appealed from the 165th District Court of Harris County. (Tr. Ct. No. 2013-69580). Memorandum Opinion delivered by Justice Wise. Justices McCally and Brown also participating.

## TO THE 165TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:

Before our Court of Appeals on May 7, 2015, the cause upon appeal to revise or reverse your judgment was determined. Our Court of Appeals made its order in these words:

This cause, an appeal from the judgment in favor of appellees, James J. Woodcock, C&J Industries, Inc., Defined Benefit Trust, and Others Similarly Situated, signed, January 7, 2014, was heard on the transcript of the record. The record shows that the judgment is not final. We therefore order the appeal **DISMISSED**.

We order appellants, Valerus Compression Services, LP, Valerus Compression Services Management LLC, TPG Capital LLC, TPG V VE, LP, TPG VI VE, LP, and Scott Magzen jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, July 21, 2015.

**CHRISTOPHER A. PRINE, CLERK**